UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SON JONG SUNG,

           Plaintiff,

    v.                                         **ORDER**
                                                21-CV-2446 (WFK) (JAM)

TOP SYSTEM ALARM INC., et al.,

           Defendants.
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

      On May 4, 2024, the Honorable Magistrate Judge Joseph A. Marutollo issued a Report and Recommendation ("R&R") recommending approval of the Settlement Agreement as fair and reasonable. *See* ECF No. 64.

      The parties did not file any objections to the R&R, which were due by Monday, May 20, 2024. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R in its entirety. Specifically, the Court APPROVES the Settlement Agreement, ECF No. 57, as fair and reasonable.

                                                            SO ORDERED.

                                                            s/ WFK
                                                   _____
                                                  HON. WILLIAM F. KUNTZ, II
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 22, 2024
       Brooklyn, New York